Decided October 6, 2005

THOMAS ST. DENIS *v.* VICTORIA DE TOLEDO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 690 (AC 25479), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Edward N. Lerner*, in support of the petition.

*Barbara L. Cox*, in opposition.

Decided October 6, 2005